1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN - State Bar No. 154279
2  MATTHEW HICKEY - State Bar No. 239364
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430
   amartin@rimacmartin.com
5
   Attorneys for Defendant
6  BOSTON MUTUAL LIFE INSURANCE COMPANY

7  **LAW OFFICES OF P. RANDALL NOAH**
   P. Randall Noah - State Bar No. 136452
8  21 Orinda Way, Suite C, #316
   Orinda, CA 94563
9  Telephone (925) 253-5540
   Facsimile (925) 253-5542
10 pnoah@ix.netcom.com

11 Attorney for Plaintiff
   LISA FACEN
12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                        **(San Jose Division)**

16
   LISA FACEN,                          )
17                                      ) CASE NO. C11-00453 EMC
             Plaintiff,                 )
18                                      ) **STIPULATION EXTENDING TIME**
       vs.                              ) **FOR BOSTON MUTUAL LIFE**
19                                      ) **INSURANCE TO ANSWER OR**
   BOSTON MUTUAL LIFE INSURANCE         ) **OTHERWISE RESPOND TO**
20 COMPANY,                             ) **PLAINTIFF'S COMPLAINT** ; ORDER
                                        )
21           Defendant.                 )
                                        )
22 _____ )

23

24
        IT IS HEREBY STIPULATED that defendant BOSTON MUTUAL LIFE INSURANCE
25
   COMPANY (hereinafter "Boston Mutual") may have an extension to answer or otherwise
26
   respond to plaintiff's complaint, such that Boston Mutual's response is now due on or before
27
   March 8, 2011.
28

---

**-1-**
**FACEN v. BOSTON MUTUAL LIFE INS.**
**STIPULATION TO EXTEND TIME TO ANSWER**                    **CASE NO.: C11-00453 EMC**

1   Good cause exists for this extension because lead counsel for Boston Mutual is presently
2  involved in numerous matters with impending trial dates, and due to the unusually heavy case
3  load requires this additional time to fully evaluate this matter.
4   Pursuant to local rules, this document is being electronically filed through the Court's
5  ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
6  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
7  concurred with the filing of this document; and (3) a record supporting this concurrence is
8  available for inspection or production if so ordered.
9   **SO STIPULATED.**

11  DATED: February 24, 2011        By: /s/ Anna M. Martin
12                                           ANNA M. MARTIN
                                             MATTHEW HICKEY
13                                           Attorneys for Defendants
                                             BOSTON MUTUAL LIFE INSURANCE CO.
14

15
16  DATED: February 24, 2011        By: /s/ Randall Noah
                                             RANDALL NOAH
17                                           Attorney for Plaintiff
                                             LISA FACEN
18

19  IT IS SO ORDERED:

21  _____
    Edward M. Chen
22  U.S. Magistrate Judge

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **LISA FACEN v. BOSTON MUTUAL LIFE INSURANCE COMPANY** |
| 3 | **USDC Northern District of CA (Oakland Division) Case No.: C11-00453 EMC** |

I am employed at Rimac Martin, P.C., 1051 Divisadero Street, San Francisco, California 94115. I am over the age of 18 years and am not a party to this action.

On this date I served the following:

**STIPULATION TO EXTEND TIME FOR BOSTON MUTUAL LIFE INSURANCE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

on the interested parties hereto by the following method:

XXX   VIA CM/ECF SYSTEM ELECTRONIC SERVICE: I certify that a true and accurate copy of the above-mentioned document was filed with the Clerk of the Court using the CM/ECF Filing System. I am informed and believe that the document(s) will be electronically served on the following attorney(s) of record at the listed email addressed below.

pnoah@ix.netcom.com;  Annamartin@rimacmartin.com; arpibalian@rimacmartin.com; kgill@rimacmartin.com; mhickey@rimacmartin.com; smatyszczyk@rimacmartin.com; w_reilly@rimacmartin.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 25, 2011, at San Francisco, California.

/s/ Kim N. Phan
Kim N. Phan