1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN – State Bar No. 154279
2  amartin@rimacmartin.com
   WILLIAM REILLY – State Bar No. 177550
3  w_reilly@rimacmartin.com
4  1051 Divisadero Street
   San Francisco, California  94115
5  Telephone:  (415) 561-8440
   Facsimile:   (415) 561-8430
6

7  Attorneys for Defendant
   BOSTON MUTUAL LIFE INSURANCE COMPANY
8

9  **LAW OFFICE OF P. RANDALL NOAH**
   P. RANDALL NOAH
10 pnoah@ix.netcom.com
   21 Orinda Way, Suite C, #316
11 Orinda, CA  94563
12 Telephone:  (925) 253-5540
   Facsimile:   (925) 253-5542
13

14 Attorneys for Plaintiff
   LISA FACEN
15

16              **THE UNITED STATES DISTRICT COURT**

17              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18

19 LISA FACEN,                          )   CASE NO.: C11-00453 EMC
                                        )
20         Plaintiff,                   )   **NOTICE OF SETTLEMENT**
                                        )    ORDER RESETTING CMC
21    vs.                               )
                                        )   The Honorable Edward M. Chen
22 BOSTON MUTUAL LIFE INSURANCE         )
   COMPANY,                             )
23                                      )
                                        )
24         Defendant.                   )
   _____      )
25

26

27

28
                                    1
                            NOTICE OF SETTLEMENT
                           CASE NO. C11-00453 EMC

1    The parties give notice that this case has settled.  The parties are working to
2 finalize the settlement documentation. The parties will, as soon as possible, file with the
3 Court a stipulation and order to dismiss this case with prejudice.

4

5                                                           **RIMAC MARTIN, P.C.**

6
DATED: August 23, 2011                By:       /S/  A<small>NNA</small> M. M<small>ARTIN</small>
7                                                           ANNA M. MARTIN
                                                            Attorneys for Defendant
8                                                           B<small>OSTON</small> M<small>UTUAL</small> L<small>IFE</small> I<small>NSURANCE</small>
                                                            C<small>OMPANY</small>
9

10
                                                            **LAW OFFICE OF P. RANDALL NOAH**
11

12   DATED: August 23, 2011                By:       /S/  P. R<small>ANDALL</small> N<small>OAH</small>
                                                            P. RANDALL NOAH
13                                                          Attorneys for Plaintiff
                                                            L<small>ISA</small> F<small>ACEN</small>
14

15

16   IT IS SO ORDERED that the Further CMC is reset from 8/30/11 at 3:00 p.m.
     to 12/16/11 at 10:30 a.m.  An updated Joint CMC statement shall be filed by
17   12/7/11.

18

19   _____
     Edward M. Chen
20   U. S. District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
NOTICE OF SETTLEMENT
CASE NO. C11-00453 EMC