1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN – State Bar No. 154279
2  amartin@rimacmartin.com
   WILLIAM REILLY – State Bar No. 177550
3  w_reilly@rimacmartin.com
4  1051 Divisadero Street
   San Francisco, California  94115
5  Telephone:  (415) 561-8440
   Facsimile:   (415) 561-8430
6

7  Attorneys for Defendant
   BOSTON MUTUAL LIFE INSURANCE COMPANY
8

9  **LAW OFFICE OF P. RANDALL NOAH**
   P. RANDALL NOAH
10 pnoah@ix.netcom.com
   21 Orinda Way, Suite C, #316
11 Orinda, CA  94563
12 Telephone:  (925) 253-5540
   Facsimile:   (925) 253-5542
13

14 Attorneys for Plaintiff
   LISA FACEN
15

16                **THE UNITED STATES DISTRICT COURT**

17              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18

19 LISA FACEN,                           )  CASE NO.: C11-00453 EMC
                                         )
20           Plaintiff,                  )  **STIPULATION OF DISMISSAL OF**
                                         )  **ACTION WITH PREJUDICE;**
21      vs.                              )  **ORDER**
                                         )
22 BOSTON MUTUAL LIFE INSURANCE          )
   COMPANY,                              )  The Honorable Edward M. Chen
23                                       )
                                         )
24           Defendant.                  )
   _____ )
25

26

27
                                    1
28 STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER
   CASE NO. C11-00453 EMC

1   IT IS HEREBY STIPULATED by and between the plaintiff LISA FACEN and
2   defendant BOSTON MUTUAL LIFE INSURANCE COMPANY, by and through their
3   counsel of record herein, that the captioned action may be, and hereby is, dismissed with
4   prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.
5   The parties shall bear their own respective attorney fees and costs of suit.

7   **SO STIPULATED.**

8                                           **RIMAC MARTIN, P.C.**

10  DATED: September 22, 2011     By:     /S/  ANNA M. MARTIN
                                           ANNA M. MARTIN
11                                         Attorneys for Defendant
                                           BOSTON MUTUAL LIFE INSURANCE
12                                         COMPANY

14                                          **LAW OFFICE OF P. RANDALL NOAH**

15  DATED: September 22, 2011     By:     /S/  P. RANDALL NOAH
                                           P. RANDALL NOAH
16                                         Attorneys for Plaintiff
                                           LISA FACEN

18  **SO ORDERED.**

21  DATED: __9/23__, 2011          By:    _____
                                           IT IS SO ORDERED
                                           Judge Edward M. Chen

2
STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER
CASE NO. C11-00453 EMC