1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN – State Bar No. 154279
2  amartin@rimacmartin.com
   WILLIAM REILLY – State Bar No. 177550
3  w_reilly@rimacmartin.com
   1051 Divisadero Street
4  San Francisco, California  94115
5  Telephone:  (415) 561-8440
   Facsimile:   (415) 561-8430
6

7  Attorneys for Defendant
   BOSTON MUTUAL LIFE INSURANCE COMPANY
8

9  **LAW OFFICE OF P. RANDALL NOAH**
   P. RANDALL NOAH
10 pnoah@ix.netcom.com
   21 Orinda Way, Suite C, #316
11 Orinda, CA  94563
12 Telephone:  (925) 253-5540
   Facsimile:   (925) 253-5542
13

14 Attorneys for Plaintiff
   LISA FACEN
15

16              **THE UNITED STATES DISTRICT COURT**

17          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18

19 LISA FACEN,                        )   CASE NO.: C11-00453 EMC
                                      )
20          Plaintiff,                )   **STIPULATION OF DISMISSAL OF**
                                      )   **ACTION WITH PREJUDICE;**
21      vs.                           )   **ORDER**
                                      )
22 BOSTON MUTUAL LIFE INSURANCE       )
   COMPANY,                           )   The Honorable Edward M. Chen
23                                    )
                                      )
24          Defendant.                )
   _____)
25

26

27

                                       1
28 STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER
                        CASE NO. C11-00453 EMC

1  IT IS HEREBY STIPULATED by and between the plaintiff LISA FACEN and
2 defendant BOSTON MUTUAL LIFE INSURANCE COMPANY, by and through their
3 counsel of record herein, that the captioned action may be, and hereby is, dismissed with
4 prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

5  The parties shall bear their own respective attorney fees and costs of suit.

7 **SO STIPULATED.**

8 **RIMAC MARTIN, P.C.**

10 DATED: September 22, 2011   By:   /S/ ANNA M. MARTIN
ANNA M. MARTIN
Attorneys for Defendant
BOSTON MUTUAL LIFE INSURANCE COMPANY

13 **LAW OFFICE OF P. RANDALL NOAH**

15 DATED: September 22, 2011   By:   /S/ P. RANDALL NOAH
P. RANDALL NOAH
Attorneys for Plaintiff
LISA FACEN

18 **SO ORDERED.**

21 DATED: 9/23, 2011   By: _____

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER
CASE NO. C11-00453 EMC